BEFORE THE FIRST DIVISION, DECEMBER 18, 1946

**No. 51477.**—Protests 121828–K, etc., of Mary Dunhill, Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of sterling silver initials similar in all material respects to those the subject of Abstract 51301. In accordance therewith the claim of the plaintiff was sustained.

**No. 51478.**—Protests 992962–G, etc., of Jordan Marsh Co. et al. (Boston and San Francisco).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 18, 1946

**No. 51479.**—Protest 729608–G (C) of American Straw Goods Co. (New York).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of hats or hoods similar in all material respects to those the classification of which was involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith and following the authority cited, the items of merchandise imported and withdrawn for consumption prior to the effective date of T. D. 48075 were held dutiable at 25 percent under paragraph 1504 (b) (5), and those items entered or withdrawn for consumption subsequent to that date were held dutiable at 12½ percent under said paragraph.

**No. 51480.**—Protests 122634–K (A), etc., of Maurice Kobel et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.